# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ANDREW DAVID and
KELLY DAVID,

      Plaintiffs,

v.                                   Case No.: 5:21-cv-00027-MW-MJF

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.

_____/

## DECLARATION OF ANDREW DAVID

I, Andrew David, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My legal name is Andrew David.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. I am a Plaintiff in the above styled action.[1]

4. The total amount of damages sought by the Plaintiffs, collectively, in the above styled action is and will remain less than seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees.

---

[1] References to the "above styled action" include this action when it was formerly pending in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County Florida, bearing case number 20001385-CA.

5. Plaintiffs have not, and will not, seek damages in excess of seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees, in the above styled action.

6. To the extent that any previous representation made by Plaintiffs was interpreted to be inconsistent with the evidence contained here, said representations are withdrawn and clarified by way of this Declaration.

02/11/2021

Executed on _____

_____
Andrew David

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

ANDREW DAVID and
KELLY DAVID,

      Plaintiffs,

v.                                    Case No.: 5:21-cv-00027-MW-MJF

USAA CASUALTY INSURANCE
COMPANY,

      Defendant.

_____/

## DECLARATION OF KELLY DAVID

      I, Kelly David, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My legal name is Kelly David.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. I am a Plaintiff in the above styled action.[1]

4. The total amount of damages sought by the Plaintiffs, collectively, in the above styled action is and will remain less than seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees.

---

[1] References to the "above styled action" include this action when it was formerly pending in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County Florida, bearing case number 20001385-CA.

5. Plaintiffs have not, and will not, seek damages in excess of seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees, in the above styled action.

6. To the extent that any previous representation made by Plaintiffs was interpreted to be inconsistent with the evidence contained here, said representations are withdrawn and clarified by way of this Declaration.

02/11/2021

Executed on _____

*Kelly C David*

_____

Kelly David