# EXHIBIT B

```
Email from USAA
Status: Submitted
Address:
Delivery Option: Email
Channel Info: mastersdesign@bellsouth.net
```



**November 26, 2019 at 2:21 p.m.**   82819 - Aimee Gleason   Documentation Num
204

| Available Actions |
|---|
| Claims Documentation |
| Start New Conversation |
| Refresh Page |
| Close Page |

Received email from USAA Appraiser Larry Masters asking if USAA has ~~paid~~
out on tree removal services and roof tarping services paid?

Response sent to USAA Appraiser:
Tree debris removal has been paid out for $3,303.60. I do not see any
payouts for roof tarping.



**December 5, 2019 at 11:38 a.m.**   V2692 - Jamella Tanner   Documentation Number
205

```
IBC FROM KATHY, OF BB&T, MORTGAGEE

*CALLING TO OBTAIN IA REPORT
*REQUEST FAX: 937-525-8936, ATTEN: CLAIM TRACKING NUMBER: 8311077

*REQUESTED FAX OF DOCUMENTS
```



**December 16, 2019 at 9:54 a.m.**   82819 - Aimee Gleason   Documentation Number
206

```
Work Email work item completed.
Work Item was created on 12/09/2019 11:39 AM CST.
```



**December 27, 2019 at 5:01 p.m.**   82819 - Aimee Gleason   Documentation Number
207

```
APPRAISAL CONCLUDED

APPRAISAL AWARD

DWG RCV $72,506.33
APS RCV $ 9,272.28
===================
TOTAL AWARD $81,778.61

SUBMITTING RFA
```

 **January 3, 2020 at 5:27 p.m. CT**   82819 - Aimee Gleason   Documentation Number 208

```
Payment Requested
Payment Requested for USD 45586.20 to payee
FIVE STAR CLAIMS ADJUSTING and ANDREW WAND WIFE KELLY C DAVID for:
Dwelling-Structure - Insd Dwelling
Other Structures-Other Structures - All Other - Insd Additional
Structures (APS)
```

 **January 3, 2020 at 5:27 p.m. CT**   82819 - Aimee Gleason   Documentation Number 209

**Available Actions**

Claims Documentation

Start New Conversation

Refresh Page

Close Page

```
INITIATED RFA
TOTAL LOSS DOES NOT YET EXCEED $100K

RFA SUMMARY:
TOTAL COVERED CLAIM $81,404.14
LESS PRIOR AUTH $35,817.94
AUTHORITY REQUEST $45,586.20

Releasing $43,390.29 under the dwelling coverage and $2,195.91 under the
all other structures coverages to public adjuster/legal name
```

 **January 3, 2020 at 5:28 p.m. CT**   82819 - Aimee Gleason   Documentation Number 210

```
USAA APPRAISER LARRY MASTERS INVOICE RECEIVED
TOTAL $4817.40

RELEASING $4817.40 UNDER DWELLING COVERAGE DIRECT TO MASTERS DESIGN
BUILD GROUP LLC
```

 **January 3, 2020 at 5:30 p.m. CT**   82819 - Aimee Gleason   Documentation Number 211

```
Payment Requested
Payment Requested for USD 4817.40 to payee
MASTERS DESIGN BUILD GROUP LLC for:
Dwelling-Structure - Insd Dwelling
```

 **January 7, 2020 at 1:27 p.m. CT**   67845 - Carlos Cabrera   Documentation Number 212

```
Payment Approved
Payment Approved for USD 4817.40 to payee
MASTERS DESIGN BUILD GROUP LLC for:
Dwelling-Structure - Insd Dwelling
```

David-USAA CF 002739

 **USAA   January 7, 2020 at 1:27 p.m. CT**   [View Conversation]

A payment of $4,817.40 was issued to MASTERS DESIGN BUILD GROUP LLC for your property claim. Payment details: Payment under Dwelling coverage - Appraiser Invoice.

 **January 7, 2020 at 1:28 p.m. CT**   67845 - Carlos Cabrera   Documentation Number 213

```
Payment Rejected
Payment Rejected for USD 45586.20 to payee
FIVE STAR CLAIMS ADJUSTING and ANDREW WAND WIFE KELLY C DAVID for:
Other Structures-Other Structures - All Other - Insd Additional
Structures (APS)
Dwelling-Structure - Insd Dwelling
```

**Available Actions**

Claims Documentation

Start **N**ew Conversation

Refresh Page

Close Page

**January 7, 2020 at 1:28 p.m. CT**   67845 - Carlos Cabrera   Documentation Number 214

```
- rejected dwg/aps check as the mtgee is listed on the tree view but not
shown on the payment

- f/h to doc reason for not included mtgee.
```

**January 8, 2020 at 10:15 a.m. CT**   82819 - Aimee Gleason   Documentation Number 215

```
Payment Requested
Payment Requested for USD 45586.20 to payee
FIVE STAR CLAIMS ADJUSTING and ANDREW WAND WIFE KELLY C DAVID and
BRANCHBANKING AND TRUST COMPANY for:
Dwelling-Structure - Insd Dwelling
Other Structures-Other Structures - All Other - Insd Additional
Structures (APS)
```

**January 8, 2020 at 10:15 a.m. CT**   82819 - Aimee Gleason   Documentation Number 216

```
Correction to payment
..initial acv payment was released direct to PA/Legal name w/out
mortgage b/c MRP was successful and no need to include mortgage co on
payment

Due to amount of total loss MRP will not apply

Releasing appraisal award acv payment to PUBL ADJ/LEGAL NAME/MORTGAGE CO
for $45,586.20 under dwelling, other structures coverage less
recoverable depreciation less prior payments per appraisal award
```

**January 8, 2020 at 3:32 p.m. CT**                                      217

```
Payment Approved
Payment Approved for USD 45586.20 to payee
FIVE STAR CLAIMS ADJUSTING and ANDREW WAND WIFE KELLY C DAVID and
BRANCHBANKING AND TRUST COMPANY for:
Other Structures-Other Structures - All Other - Insd Additional
Structures (APS)
Dwelling-Structure - Insd Dwelling
```

**USAA   January 8, 2020 at 3:32 p.m. CT**   View Conversation
A payment of $45,586.20 was issued to FIVE STAR CLAIMS ADJUSTING and ANDREW WAND
AND WIFE KELLY C DAVID and BRANCH BANKING AND TRUST COMPANY for your property
claim. Payment details: Payment under Dwelling, Other Structures coverage less
recoverable depreciation less prior payments per appraisal award.

**Available Actions**

Claims Documentation

Start **N**ew Conversation

**R**efresh Page

Close Page

**January 8, 2020 at 3:50 p.m. CT**   82819 - Aimee Gleason    Documentation Number
218

```
CLAIM CLOSED
CLAIM CLOSED TRANSACTION SENT ON 01/08/2020
```

**January 8, 2020 at 5:46 p.m. CT**   99999 -    Documentation Number
219

```
CLAIM SENT TO ISO
CLAIM SENT TO ISO
```

**February 7, 2020 at 9:07 a.m. CT**   82819 - Aimee Gleason    Documentation Number
220

```
Work Email work item completed.
Work Item was created on 02/05/2020 3:50 PM CST.
```

**February 7, 2020 at 9:08 a.m. CT**   82819 - Aimee Gleason    Documentation Number
221

```
Email from USAA
Status: Submitted
Address:
Delivery Option: Email
Channel Info: mastersdesign@bellsouth.net
```

**March 16, 2020 at 12:10 p.m. CT**   48233 - David Castro    Documentation Number
222

```
Change/Transfer Allocation Completed
The payment requested on 09/20/2019 for USD 2000.00 to payee VOELPEL
```

David-USAA CF 002741

Dwelling-Structure - Insd Dwelling
has been modified

**March 16, 2020 at 12:13 p.m. CT**    48233 - David Castro    Documentation Number 223

*NOTE TO FILE...WE PAID $2000 IN ADJUSTING EXPENSES ON THIS CLAIM, BUT
IT SHOULD HAVE BEEN SPLIT FOR $1000 EACH UNDER NI'S CLAIM AND HIS
FATHERS CLAIM (190465-005), SO REALLOCATED CORRECTLY

**Available Actions**

Claims Documentation

Start New Conversation

Refresh Page

Close Page

**April 20, 2020 at 11:39 a.m. CT**    82819 - Aimee Gleason    Documentation Number 224

CLAIM CLOSED
CLAIM CLOSED TRANSACTION SENT ON 04/20/2020

**April 20, 2020 at 5:42 p.m. CT**    99999 -    Documentation Number 225

CLAIM SENT TO ISO
CLAIM SENT TO ISO

**June 9, 2020 at 7:06 a.m. CT**    82819 - Aimee Gleason    Documentation Number 226

Work Email work item completed.
Work Item was created on 06/04/2020 9:57 PM CDT.

**June 9, 2020 at 7:07 a.m. CT**    82819 - Aimee Gleason    Documentation Number 227

Payment Requested
Payment Requested for USD 611.14 to payee
VOELPEL CLAIM SERVICE INC for:
Dwelling-Structure - Insd Dwelling

**June 9, 2020 at 7:08 a.m. CT**    82819 - Aimee Gleason    Documentation Number 228

Email from USAA
Status: Submitted
Address:
Delivery Option: Email
Channel Info: mastersdesign@bellsouth.net

82819 - Aimee Gleason    Documentation Number

David-USAA CF 002742