# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

Andrew and Kelly David,                                  CASE NO.: 5:21-cv-27-MW/MJF

    Plaintiffs

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

_____/

## PLAINTIFFS' AMENDED ANSWER TO INTERROGATORY NUMBER ONE OF DEFENDANT'S FIRST SET OF INTERROGATORIES

Plaintiffs, Andrew and Kelly David, by and through the undersigned counsel, and pursuant to FRCP 33, hereby Amend their Answer to Interrogatory Number One of Defendant's First Set of Interrogatories to Plaintiffs in the above referenced case as follows:

1. **Describe with specificity each and every claim for damages or other relief you are making against USAA CIC in this action, specifying all types, items and categories of loss, damage, or other reimbursement claimed, and including for each, a dollar amount and the formula or method you used to calculate that amount. If you are not able to specify an exact dollar amount, indicate the range or approximate amount you intend to claim.**

    Plaintiffs are seeking less than $75,000 in damages, inclusive of interest, costs, and attorney's fees. Please also see the Declarations of Plaintiffs produced herewith.

We, Andrew David and Kelly David, hereby declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the foregoing answers are true and correct:

*Andrew W. David*                                              02/11/2021

_____                    _____
Andrew David                                                          Date

*Kelly C David*                                                    02/11/2021

_____                    _____
Kelly David                                                             Date

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREW DAVID and
KELLY DAVID,

    Plaintiffs,

v.                                         Case No.: 5:21-cv-00027-MW-MJF

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## DECLARATION OF ANDREW DAVID

I, Andrew David, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My legal name is Andrew David.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. I am a Plaintiff in the above styled action.[1]

4. The total amount of damages sought by the Plaintiffs, collectively, in the above styled action is and will remain less than seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees.

---

[1] References to the "above styled action" include this action when it was formerly pending in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County Florida, bearing case number 20001385-CA.

5. Plaintiffs have not, and will not, seek damages in excess of seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees, in the above styled action.

6. To the extent that any previous representation made by Plaintiffs was interpreted to be inconsistent with the evidence contained here, said representations are withdrawn and clarified by way of this Declaration.

Executed on  02/11/2021

_____
Andrew David

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANDREW DAVID and
KELLY DAVID,

    Plaintiffs,

v.                                     Case No.: 5:21-cv-00027-MW-MJF

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.
_____/

## DECLARATION OF KELLY DAVID

I, Kelly David, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1. My legal name is Kelly David.

2. I am over the age of 18 and am otherwise competent to make this Declaration.

3. I am a Plaintiff in the above styled action.[1]

4. The total amount of damages sought by the Plaintiffs, collectively, in the above styled action is and will remain less than seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees.

---

[1] References to the "above styled action" include this action when it was formerly pending in the Circuit Court of the Fourteenth Judicial Circuit, in and for Bay County Florida, bearing case number 20001385-CA.

5. Plaintiffs have not, and will not, seek damages in excess of seventy-five thousand ($75,000.00) inclusive of interest, costs, and attorney fees, in the above styled action.

6. To the extent that any previous representation made by Plaintiffs was interpreted to be inconsistent with the evidence contained here, said representations are withdrawn and clarified by way of this Declaration.

Executed on __02/11/2021__

*Kelly C David*
_____
Kelly David

## **CERTIFICATION OF SERVICE**

I DO HEREBY CERTIFY that on February 11, 2021 a true and correct copy of this document was served via electronic mail to: John Little, Esq. at JLittle@maynardcooper.com.

Respectfully submitted by:

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 - 7782
Facsimile: (813) 422 - 7783
Ben@theKRfirm.com
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

Andrew and Kelly David,   CASE NO.: 5:21-cv-27-MW/MJF

    Plaintiffs

v.

USAA CASUALTY INSURANCE COMPANY,

    Defendant.

_____/

### PLAINTIFFS' AMENDED ANSWER TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS

Plaintiffs, Andrew and Kelly David, by and through the undersigned counsel, and pursuant to FRCP 36, hereby Amend their Answer to Defendant's First Request for Admissions in the above referenced case as follows:

1. **Admit that you will not seek a sum or value in excess of $75,000, exclusive of interests and costs, in this action.**

   Admitted.

## CERTIFICATION OF SERVICE

I DO HEREBY CERTIFY that on February 11, 2021 a true and correct copy of this document was served via electronic mail to: John Little, Esq. at JLittle@maynardcooper.com.

Respectfully submitted by:

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 - 7782
Facsimile: (813) 422 - 7783
Ben@theKRfirm.com
Counsel for Plaintiff