# EXHIBIT D

| | |
|---|---|
| From: | Clayton Kuhn |
| To: | "John Little"; Benjamin Raslavich |
| Cc: | service1@thekrfirm.com |
| Subject: | RE: David, Andrew and Kelly v. USAA Casualty 20001385-CA CLAIM: 4357502 |
| Date: | Friday, October 23, 2020 11:09:04 AM |
| Attachments: | image001.png |
| | image002.jpg |

John:

Hope all is well. The initial demand for this case is $60,000.00. I apologize for the delay.

Thanks,

*Clayton T. Kuhn*, Esquire

KR-Logo 

2110 W. Platt Street
Tampa, FL 33606
Phone: (813) 422 – 7782
Fax: (813) 422 – 7783
Clay@theKRfirm.com

### LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. §2510, and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).

**From:** John Little <JLittle@maynardcooper.com>
**Sent:** October 8, 2020 8:20 PM
**To:** Benjamin Raslavich <ben@thekrfirm.com>; Clayton Kuhn <clay@thekrfirm.com>
**Cc:** service1@thekrfirm.com
**Subject:** RE: David v. USAA CIC

Thanks!

| | |
|---|---|
| From: | Benjamin Raslavich |
| To: | "John Little" |
| Subject: | RE: David v. USAA CIC |
| Date: | Wednesday, February 10, 2021 9:52:49 AM |
| Attachments: | image006.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image001.png |
| | image002.png |

Mr. Little:

Your further attempts to misrepresent the record are troubling. Initially, I told during our telephone conversation, no uncertain terms, that our clients are not, and will not, seek more than 75K in this action. Your representation that "during our discussions there has been some indication that you **might** not seek more than $75,000" is patently false. Furthermore, subsequent to the prior dismissal, Plaintiffs pleaded, again in no uncertain terms, that the amount in controversy was less than 75K. Thus, your representation that Plaintiffs "made no representation that they would be seeking less than $75,000" is once again entirely without merit. It is my sincere hope that you do not plan on misleading the Court with these or similar representations.

As you still insist on feigning ignorance as to the amount controversy, allow me to further clarify this for you – our client settlement demand is $70,000 global.

As for the interrogatory response, you have misconstrued the same as I explained to you previously. You have also failed to provide any legal authority for your position that the difference between a PA estimate and subsequent appraisal award is indicative of the damages available in a bad faith action. As to the RFA, an objection was asserted, to which you sought no ruling from the Court prior to improperly removing this action.

A motion to remand and for all associated fees and costs will be forthcoming. If you'd like to discuss any of this, give me a call.

Thanks,

### ***PLEASE NOTE OUR NEW ADDRESS***

## Benjamin W. Raslavich, Esquire


KR-Logo

**2110 West Platt Street**
**Tampa, Florida 33606**
**Phone: (813) 422 – 7782**
**Fax: (813) 422 – 7783**
**ben@theKRfirm.com**

### LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. §2510, and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).

**From:** John Little <JLittle@maynardcooper.com>
**Sent:** February 10, 2021 9:25 AM
**To:** Benjamin Raslavich <ben@thekrfirm.com>
**Subject:** David v. USAA CIC

Ben,

I appreciate your efforts to meet and confer regarding your threatened motion to remand, but it appears we are at an impasse.  As I mentioned, we have reviewed your client's verified interrogatory responses and believe those responses place more than $75,000 in controversy here.  We also gave your clients the opportunity to admit in the requests for admission that they would not seek an amount in excess of $75,000 in this action and they refused to do so.

We also note that when Plaintiffs first filed this case in June 2020 prior to their voluntary dismissal after the case was removed, they made no representation that they would be seeking less than $75,000.

I recognize that during our discussions there has been some indication that you might not seek more

than $75,000. However, your client's sworn interrogatory responses indicate otherwise.

My suggestion is that we simply proceed with this case in Federal court. Judge Walker has already entered a scheduling order with a case schedule that should bring an efficient resolution to this matter for both of our clients.

John

**John Little**
Shareholder | Insurance & Financial Services Litigation
P: 205.254.1190 | C: 205.876.3676 | F: 205.714.6366
jlittle@maynardcooper.com | V-card

1901 Sixth Ave N, Suite 1700
Birmingham, AL 35203



ALABAMA | CALIFORNIA | FLORIDA | NEW YORK | TENNESSEE | TEXAS | WASHINGTON, D.C.



Confidentiality Notice - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.